UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT L. BREUDER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF TRUSTEES OF )<br>COMMUNITY COLLEGE DISTRICT NO. )<br>502, DUPAGE COUNTY, ILLINOIS, an )<br>Illinois body politic and corporate, )<br>KATHY HAMILTON in her official and )<br>individual capacity, DEANNE )<br>MAZZOCHI in her official and individual )<br>capacity, FRANK NAPOLITANO in his )<br>official and individual capacity, and )<br>CHARLES BERNSTEIN in his official and )<br>Individual capacity, )<br>)<br>Defendants. ) | No. 15 CV 9323<br><br>Hon. Andrea R. Wood |

### DEFENDANT KATHARINE HAMILTON'S MOTION FOR AN <u>EXTENSION OF TIME TO ANSWER COMPLAINT</u>

Defendant, Kathy Hamilton, by her attorneys, respectfully request an extension of time to file an answer to Plaintiff's Complaint. In support of their motion, Defendants state:

1. Plaintiff filed his Complaint on October 21, 2015.

2. Defendant Board of Trustees filed a Motion to Dismiss Plaintiff's Complaint and supporting memorandum on January 7, 2016.

3. Defendants Hamilton, Mazzochi, Napolitano and Bernstein also filed a separate Motion to Dismiss Plaintiff's Complaint and supporting memorandum on January 7, 2016.

4. On March 1, 2017, the Court granted in part and denied in part the Individual Defendants' Motion to Dismiss and denied the Board of Trustees' Motion to Dismiss.

5. The Court issued its Memorandum Opinion and Order on the Defendants' motions to dismiss on March 3, 2017. *See* DE 100.

6. On March 7, 2017, the Defendants filed a Notice of Appeal of the Court's Order denying their Motion to Dismiss.

7. In conjunction with that Notice of Appeal, the Defendants moved to stay all proceedings before this Court.

8. On March 22, 2017, the Court granted the Defendants' Motion to Stay and on April 19, 2017, an Order was entered staying the Defendants' obligation to answer or otherwise plead until further order of Court.

9. On April 17, 2018, the Appellate Court ruled on Defendants' Appeal.

10. On May 22, 2018, the Botti Law Firm, P.C. was granted leave to file its Appearance as attorneys for Defendant, Katharine Hamilton, and attorneys, Frank J. Favia, Jr. and Jillian R. Dent were given permission to withdraw as attorneys for Defendant, Katharine Hamilton. The Court further ordered that all Defendants shall answer Plaintiff's Complaint by June 22, 2018. *See* Exhibit 1.

11. That on May 22, 2018, the Botti Law Firm, P.C. filed its Appearance for Defendant, Katharine Hamilton.

12. That on or about May 31, 2018, the Botti Law Firm, P.C. received the file from Defendant, Katharine Hamilton's previous attorneys.

13. That said file is voluminous and the Botti Law Firm, P.C. needs additional time to review all of the documents in order to answer Plaintiff's Complaint.

14. That because of the voluminous amount of documents to review and because the Botti Law Firm, P.C. was recently retained by Defendant, Katharine Hamilton, Defendant

2

Katharine Hamilton respectfully requests that this Court extend the time for her to answer the Complaint by thirty (30) calendar days to July 22, 2018.

15. Defendant's counsel has confirmed with all counsel for the remaining Defendants and said remaining Defendants have no objection to the proposed extension.

16. Defendant's counsel conferred with Plaintiff's counsel and Plaintiff's counsel objects to the proposed extension.

17. This is Defendant Katharine Hamilton's first request for an extension of time to answer Plaintiff's Complaint.

WHEREFORE, Defendants respectfully request that this Court grant an extension of time up to and including July 22, 2018, to answer Plaintiff's Complaint.

Dated: June 14, 2018

Respectfully submitted,
/s/Michael R. Botti
Aldo E. Botti
Michael R. Botti
John E. Botti
Botti Law Firm, P.C.
1550 Spring Road, Third Floor
Oak Brook, Illinois 60523
(630) 573-8585
Attorneys for Katharine Hamilton

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2018, I caused copies of the foregoing DEFENDANT, KATHARINE HAMILTON'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT to be served on all counsel of record by filing electronic copies with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF users.

/s/ Michael R. Botti

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Robert L Breuder

                                                Plaintiff,

v.

                                                Case No.: 1:15−cv−09323
                                                Honorable Andrea R. Wood

Board of Trustees of Community College District No. 502, DuPage County, Illinois, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 22, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Plaintiff's motion to lift stay and entry of scheduling order [149] is granted. Stay lifted. Discovery shall proceed. All Defendants shall answer or otherwise plead by 6/22/2018. Motions by counsel to withdraw as attorney [151][153] are granted. Attorney Frank J. Favia, Jr. and Jillian R. Dent are withdrawn as counsel of record for Defendant Hamilton. The parties shall meet and confer and file a joint proposed discovery plan by 6/5/2018. Status hearing set for 6/19/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.