UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT BREUDER,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 502, DUPAGE COUNTY, ILLINOIS, a Illinois body politic and corporate, KATHY HAMILTON in her official and individual capacity, DEANNE MAZZOCHI in her official and individual capacity, FRANK NAPOLITANO in his official and individual capacity, and CHARLES BERNSTEIN in his official and individual capacity,<br><br>    Defendants. | Case No. 1:15-cv-9323<br><br>Hon. Andrea R. Wood<br><br>Hon. Jeffrey I. Cummings (Magistrate) |

**PLAINTIFF ROBERT BREUDER'S MOTION FOR LEAVE TO FILE REPLY REGARDING DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S RULE 36(A)(6) MOTION REGARDING REQUESTS FOR ADMISSION**

Plaintiff Robert L. Breuder, through his attorneys, hereby files this Motion for Leave to File a Combined Reply to the Oppositions to Plaintiff's Rule 36(A)(6) Motions Regarding Requests for Admission filed by Defendants Board of Trustees of Community College District No. 502, DuPage County, Illinois ("Board"), Deanne Mazzochi ("Mazzochi"), Frank Napolitano ("Napolitano"), and Charles Bernstein's ("Bernstein") (collectively, "Defendants") [Dkt. Nos. 379, 382, 383]. Defendants' oppositions to Plaintiff's Rule 36(A)(6) Motions regarding Requests for Admission misstate the pleadings and claims at issue in this litigation and/or raise arguments that were not covered by Plaintiff's opening briefs. Plaintiff should be permitted to correct erroneous assertions made by Defendants and to respond to the arguments raised by Defendants.

1

2

WHEREFORE Plaintiff respectfully requests that the Court enter an order granting him leave to file a Combined Reply to the Oppositions to Plaintiff's Rule 36(A)(6) Motions Regarding Requests for Admission, attached hereto as Exhibit A, *instanter* and for any other relief the Court deems appropriate.

Dated: October 8, 2020 	Respectfully submitted,

/s/ Melissa N. Eubanks
Melissa N. Eubanks
Mattison D. Enloe
FIGLIULO & SILVERMAN, P.C.
10 S. LaSalle Street, Suite 3600
Chicago, IL 60603
(312) 251-4600
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  Melissa N. Eubanks, an attorney, states that a copy of the attached

**PLAINTIFF ROBERT BREUDER'S MOTION FOR LEAVE TO FILE REPLY REGARDING DEFENDANTS' OPPOSITIONS TO PLAINTIFF'S RULE 36(A)(6) MOTION REGARDING REQUESTS FOR ADMISSION**

will be caused to be served upon all counsel of record via electronic notification by the United States District Court's ECF System on October 8, 2020.

                       /s/ Melissa N. Eubanks

3